USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IntelliWorks Corp.,

Plaintiff,

-against-

Alok Daga, Trevor Borthwick, Kanwal Oswal, Pradhi Shila Private Limited, Meilan Song, and MI Global Enterprises Inc.,

Defendants.

26 Civ. 1203 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 26, 2026, Plaintiff and Defendants Alok Daga, Kanwal Oswal, Trevor Borthwick, MI Global Enterprises Inc., and Meilan Song (collectively, "Responding Defendants") informed the Court that they had reached a settlement in principle. *See* ECF No. 43. Plaintiff and Responding Defendants therefore requested a thirty-day extension of: (1) Responding Defendants' deadline to answer or otherwise respond to the complaint; (2) Plaintiff's deadline to serve Defendant Pradhi Shila Private Limited; and (3) all due dates specified in the case management plan and scheduling order. *See id*. The Court granted this request and Responding Defendants were ordered to answer or otherwise respond to the complaint by September 30, 2026. *See* ECF No. 44. Alternatively, Plaintiff was ordered to dismiss its claims against the Responding Defendants by September 30, 2026. *See id.* Additionally, Plaintiff was ordered to provide a status update with respect to service on Defendant Pradhi Shila Private Limited by October 12, 2026. *See id.* The parties failed to meet these deadlines.

Separately, Plaintiff's counsel moved to withdraw on September 11, 2026, *see* ECF No. 45, and the Court granted this motion, *see* ECF No. 47. Plaintiff has now appeared by new counsel. *See* ECF No. 49. Accordingly, by **December 10, 2026**, the parties shall file a joint letter informing the Court as to the status of settlement, proposing a schedule for the Responding Defendants to answer or otherwise respond to the Complaint, and updating the Court regarding service on Defendant Pradhi Shila Private Limited.

SO ORDERED.

Dated: November 10, 2026
New York, New York

ANALISA TORRES
United States District Judge